IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JULIUS TATE,                             )
                                         )
        Plaintiff,            )
                                         )
    v.                             )    1:06CV246
                                         )
ALAMANCE COUNTY JAIL, et al.,            )
                                         )
        Defendants.           )

## J U D G M E N T

**Eliason, Magistrate Judge**

    For the reasons set out in an Order entered contemporaneously with this Judgment,

    **IT IS ORDERED AND ADJUDGED** that Defendant Yates' motion for summary judgment (Docket No. 28) is granted and that this action is dismissed.

                                    /s/ Russell A. Eliason
                                  **United States Magistrate Judge**

July 24, 2008